# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jorge Tovar                   **Docket Number:**   1:06CR00360-01

**Name of Judicial Officer:**       United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**    7/3/2008

**Original Offense:** 18 U.S.C. 2252 (a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 36 months custody Bureau of Prisons; lifetime supervised release; $100 special assessment; and mandatory testing

**Special Conditions:** 1) Search; 2) Financial disclosure; 3) Mental health treatment; 4) Aftercare co-payment; 5) Computer restriction; 6) Computer inspections; 7) Phone record disclosure; 8) Notice to employer on computer restriction; 9) Sex offender treatment; 10) Pornography restrictions; and 11) No contact with minors

**Type of Supervision:**    Supervised Release

**Date Supervision Commenced:**    12/24/2009

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall not possess, own, use, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 U.S.C 2256(2) means actual or simulated (10 sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b)

    bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. Furthermore, the defendant shall not frequent places where the primary purpose is related to such material.

**Justification:** The supervisee was sentenced on the instant conviction on July 3, 2008, and subsequently released from the Bureau of Prisons on December 24, 2009. At sentencing, Your Honor ordered the pornography condition. In regards to the ordered pornography clause, the new order eliminates "…*that depicts children under the age of 18"* and restricts all sex offenders from "…*possessing, owning use, view, read, or frequent places with any sexually explicit material in any form."* The proposed modification of this special condition will be uniform with the new condition ordered on all recent sex offense cases.

The proposed modification has been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release,* which is attached for the Court's review.

                                            Respectfully submitted,

                                            /s/ Sarah L. Kirk

**DATED:** 6/12/2014                 **Sarah L. Kirk**
                                            **United States Probation Officer**
                                            Telephone: (559) 499-5725

                                            Reviewed by,

                                            /s/ Tim D. Mechem

                                            **Tim D. Mechem**
                                            **Supervising United States Probation Officer**

## THE COURT ORDERS:

☒ Modification approved as recommended.

☐ Modification not approved at this time. Probation Officer to contact Court.

☐  Other

**SO ORDERED**
**Dated: June 17, 2014**

                            **/s/ Lawrence J. O'Neill**
                            **United States District Judge**

CC:

United States Probation

Assistant United States Attorney: David Gappa

Defense Counsel: Charles Frederick Magill