# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Jorge Alberto Tovar            **Docket Number:**   1:06CR00360-001

**Name of Judicial Officer:**   United States District Court Judge Lawrence J. O'Neill

**Date of Original Sentence:**   7/3/2008

**Original Offense:** 18 U.S.C. 2252 (a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 36 months custody Bureau of Prisons; lifetime of supervised release; $100 special assessment; mandatory drug testing.

**Special Conditions:** 1) Search; 2) Financial disclosure; 3) Mental health treatment; 4) Aftercare co-payment; 5) Computer/internet restrictions; 6) Computer search; 7) Phone record disclosure; 8) Third party disclosure; 9) Sex offender treatment; 10) Pornographic restrictions; and 11) No contact with minors

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   12/24/2009

**Other Court Actions:**

<u>**06/18/2004:**</u>     Probation 12B, *Modification of Special Condition*, filed.  The modification was in response to the supervisee possessing magazines containing adult pornography.  The modification prohibits the supervisee from possessing and/or viewing any pornography.

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

    Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant's resident shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

**Justification:** The supervisee was sentenced on the instant conviction on July 3, 2008, and subsequently released from the Bureau of Prisons on December 24, 2009. At sentencing, Your Honor ordered the general search condition, but the pre-approval of residence was not ordered. By virtue of the supervisee's conviction, he is required to register as a sex offender pursuant to California Penal Code (PC) Section 290. For offenders convicted of a sex offense after July 27, 2006, the search condition is imposed broadening the search to include "*papers, computers, other electronic communications or data storage of devices or media.*" Further, it allows the search to be conducted by "*any law enforcement or probation officer in the lawful discharge of the officer's supervised release.*" By imposing the proposed special condition, the Court will be uniform with the new search condition imposed on recent federal offenders sentenced for sex offenses. In addition, the Court will be in accordance with the offender's current treatment contract.

In regards to proposed special condition of pre-approved residence, the Court will be uniform with the condition requiring all sex offenders to inform the probation officer of a residence change. This affords the probation officer the opportunity to inspect the new residence and to ascertain whether the new residence is in accordance with the criteria established for sex offenders.

The proposed modifications have been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release,* which is on file.

Respectfully submitted,

**/s/ Jose T. Pulido**

**Jose T. Pulido**
**Senior United States Probation Officer**
Telephone: (559) 499-5725

**DATED:** 7/15/2015

Reviewed by,

**/s/ Tim D. Mechem**

**Tim D. Mechem**
**Supervising United States Probation Officer**

CC:

United States Probation

Assistant United States Attorney: David Gappa

Defense Counsel: Charles F. Magill

**THE COURT ORDERS:**

☒ Modification approved as recommended.

IT IS SO ORDERED.

   Dated:   **July 17, 2015**          **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE