**FILED**

APR 11 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:06-CR-00360-001 LJO |
| Plaintiffs, ) | |
| ) | ORDER OF RELEASE |
| vs. ) | |
| ) | |
| JORGE ALBERTO TOVAR, ) | |
| ) | |
| Defendant. ) | |

A sentencing hearing regarding violation of supervised release was held April 11, 2016.

The defendant shall report to Probation Officer Jose Pulido at 10:00am on Wednesday, April 13, 2016.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

DATED: April 11, 2016

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1