1  VICTOR M. CHAVEZ, BAR #113752
   ATTORNEY AT LAW
2  P.O. BOX 5965
   FRESNO, CALIFORNIA 93755
3  TELEPHONE: (559) 824-6293

4  COUNSEL FOR DEFENDANT
   JORGE TOVAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00360-JLT |
|---|---|
| Plaintiff, | STIPULATION TO RESCHEDULE SENTENCING; PROPOSED ORDER |
| v. | DATE: March 10, 2025 |
| JORGE TOVAR, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by the parties to this action through their respective counsel that the sentencing hearing now set for January 21, 2025 may be rescheduled to March 10, 2025. This stipulation is proposed by defendant because records were received last week and additional time is needed for review of the records and further defense preparation.

IT IS SO STIPULATED.

Dated: January 14, 2025         /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Attorney for Defendant
                                Jorge Tovar

Dated: January 14, 2025         /s/ David L. Gappa
                                DAVID L. GAPPA
                                Assistant United States Attorney
                                Attorney for Plaintiff

## PROPOSED ORDER

Good cause appearing for defense preparation, the stipulation of the parties is granted. Sentencing is reset to March 10, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 14, 2025

JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE