VICTOR M. CHAVEZ, BAR #113752
ATTORNEY AT LAW
P.O. BOX 5965
FRESNO, CALIFORNIA 93755
TELEPHONE: (559) 824-6293

COUNSEL FOR DEFENDANT
JORGE TOVAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06-CR-00360-JLT |
|---|---|
| Plaintiff, | STIPULATION TO RESCHEDULE SENTENCING; ORDER |
| v. | DATE: April 7, 2025 |
| JORGE TOVAR, | TIME: 9:00 a.m, |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

   IT IS HEREBY STIPULATED  by the parties to this action through their respective counsel that the sentencing hearing now set for March 10, 2025  may be rescheduled to April 7, 2025.  This stipulation is proposed by defendant as  a final  report was recently received. Defense needs additional time to prepare its  sentencing memorandum.

   IT IS SO STIPULATED.

Dated:  March 6, 2025            */s/ Victor M. Chavez*
                                 VICTOR M. CHAVEZ
                                 Attorney for Defendant
                                 Jorge Tovar

Dated: March 6, 2025              /s/ David L. Gappa
                                 DAVID L. GAPPA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

JORGE TOVAR STIPULATION

1

## ORDER

Good cause appearing for defense preparation, the stipulation of the parties is granted. Sentencing is reset to April 7, 2025 at 9:00am.

IT IS SO ORDERED.

Dated: March 6, 2025

JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE