VICTOR M. CHAVEZ, Bar #113752
Attorney at Law
Post Office Box 5965
Fresno, California 93755
Telephone: (559) 824-6293

Counsel for Defendant
JORGE A. TOVAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-CR-00360-JLT |
|---|---|
| Plaintiff, | **REQUEST TO TERMINATE CJA APPOINTMENT OF VICTOR M. CHAVEZ AS ATTORNEY OF RECORD;** ~~PROPOSED~~ **ORDER** |
| vs. | |
| JORGE A. TOVAR, | |
| Defendant. | |

On August 5, 2024 CJA Panel Attorney, Victor M. Chavez, was appointed to represent Mr. Tovar, nunc pro tunc to June 19, 2024. Counsel represented Mr. Tovar in discussions concerning a possible violation of his supervised release. A violation petition was filed and counsel represented the defendant at arraignment, detention, and admission hearings. On April 9, 2025 defendant was sentenced. On April 22, 2025 counsel filed a Notice of Appeal for Mr. Tovar. The Federal Defender Office has obtained CJA counsel for this appeal. Having completed Mr. Tovar's representation in the district court, undersigned counsel hereby requests this Court terminate his appointment under the Criminal Justice Act.

Should Mr. Tovar require further representation in the district court he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, they will arrange for appointment of panel counsel to

represent him.

Dated: May 12, 2025

/s/Victor M. Chavez
VICTOR M. CHAVEZ
Attorney for Defendant
JORGE A. TOVAR

PROPOSED ORDER

The Court finds that CJA panel attorney, Victor M. Chavez, has completed the services for which he was appointed and hereby terminates his appointment as attorney of record. Should defendant seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to represent the Defendant.

The Clerk of Court is directed to serve a copy of this order on defendant at the following address and to update the docket to reflect defendant's pro se status and contact information: Jorge A. Tovar, Reg. No. 63152-097, Taft Community Correctional Facility, 330 Commerce Way, Taft, CA. 93268.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
UNITED STATES DISTRICT JUDGE