UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:06-CR-00360-1-JLT |
|---|---|---|
| Plaintiff, | ) ) | CA Case No.: 20-10056 |
| | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| JORGE A. TOVAR, | ) ) | |
| Defendant. | ) ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Appeal.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Ashwini Mate be appointed to represent the above defendant in this case effective *nunc pro tunc* to May 8, 2025. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **May 14, 2025**

UNITED STATES DISTRICT JUDGE

-1-