Ashwini Mate (State Bar No. 268046)
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (424) 455-2330
Email: ashwini@thefreedmanfirm.com

*Appellate Counsel for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JORGE A. TOVAR,<br><br>            Defendant. | Case No.: 1:06-CR-00360-JLT<br><br>**ORDER ALLOWING APPELLATE COUNSEL TO HAVE ACCESS TO THE DOCKET**<br><br>**(Doc. 94)** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that appellate counsel for Defendant Jorge A. Tovar shall have access to the nonpublic docket sheet.

IT IS SO ORDERED.

Dated:  **May 23, 2025**

                                            /s/ Jennifer L. Thurston
                                            UNITED STATES DISTRICT JUDGE

ORDER